TERRITO ET AL. *v.* UNITED STATES ET AL.

No. 454.   Decided January 12, 1959.

*Francis J. Ortman* for appellants.

*Solicitor General Rankin, Assistant Attorney General Hansen, Robert W. Ginnane* and *James A. Murray* for the United States and the Interstate Commerce Commission, appellees.

PER CURIAM.

The appeal is dismissed for the reason that the notice thereof was not filed within the time provided by law.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.